## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TRAVIS D. LIECHTI,<br><br>                Defendant. | 8:11CR393 |

### AMENDED ORDER SETTING EXAMINATION OF DEFENDANT

Upon plaintiff's Motion for Examination of defendant Travis D. Liechti, and it appearing that this is a proper case for the examination of defendant under oath concerning defendant's property and defendant's ability and means to make payments toward and/or to satisfy defendant's criminal restitution judgment, and plaintiff's oral motion [61] to reschedule Debtor's Exam;

**IT IS ORDERED** that oral motion [61] is granted, and defendant Travis D. Liechti shall appear before Judge Michael D. Nelson in Courtroom #6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Second Floor, Omaha, Nebraska, on November 9, 2022, at 9:00 a.m., to undergo examination under oath concerning defendant's property and defendant's ability and means to satisfy the criminal restitution judgment.

**IT IS FURTHER ORDERED** that defendant produce true copies of the following documents at the examination:

1. Earnings statements from defendant's four (4) most recent pay or commission checks;

2. All employment contracts currently in effect between defendant and another or others, whether as an employer or an employee;

3. A signed statement from defendant's employer as to defendant's current salary and/or monthly commissions;

4. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts and expenses for any sole proprietorship, partnership, or corporation in which defendant owns any interest;

5. Signed copies of defendant's federal income tax returns for the past three (3) years;

6. All of defendant's bank and financial statements from all banks or other financial institutions in which defendant has an account of any kind, whether as an individual or jointly with another or others, or in the name of a business in which defendant has or owns an interest, including but not limited to checking and savings accounts, investment accounts, and retirement (IRA) or 401K accounts for the last year;

7. All account statements for any credit cards held by defendant;

8. All financial statements furnished by defendant to another or others within the past three years;

9. All deeds, leases, contracts and other documentation as to real estate owned by defendant or in which defendant holds an interest;

10. All real estate sales contracts to which defendant is currently a party.

11. Documents showing or reflecting defendant's sale or purchase of real estate or real property since March 26, 2012;

12. Title and registration certificates for all automobiles and other vehicles in defendant's name, whether individually or jointly owned with another or others;

13. All documents evidencing any interest defendant has in any retirement fund or accounts, pensions, and profit-sharing plans;

14. All stock certificates, bonds or other securities in defendant's name or held jointly by defendant and another or others, including options to purchase any securities, along with certification by defendant's broker or banker of the current market value of said stocks, bonds and securities;

15. All information and documents reflecting or showing the purchase or ownership of any cryptocurrency;

16. All promissory notes, contracts, documents or papers of any nature, kind or description whatsoever in which defendant, individually or jointly with another or others, is the present or future payee, obligee or beneficiary;

17. Any contracts or other obligations, not otherwise described above, in effect between defendant and any other individuals, partnerships or corporations;

18. All life insurance policies in which defendant is either an insured or a beneficiary;

19. All trust agreements in which, by name or otherwise, defendant is the settlor, trustor, grantor, donor or the trustee, grantee, donee, or beneficiary;

20. Any other documents, books, records, accounts or journals tending to show defendant's net worth;

21. Documentation, such as account statements, showing any and all liabilities of defendant;

22. A schedule, list, or budget of all of defendant's regular or normal monthly disbursements and expenditures, including for expenses for rent, food, clothing, utilities, repayment of loans, etc., including the amount paid, the name and address of the payee, whether paid by cash, check or money order, and, if payment is on an installment debt, the amount of debt still owing and, if applicable, a description of any property given as security for the debt;

23. Documentation of any medical or dental payments over $200.00 in the last (6) six months;

24. Copies of statements or printed account information or documents for the last three (3) months relating to the following:

    a. Utilities (gas, electric, water, sewer, trash, etc.);
    b. Phone and phone usage payments, including mobile phones;
    c. Internet;
    d. Cable or Satellite;
    e. Streaming Services (Amazon, Netflix, etc.);
    f. Vehicle payments;

    g. Insurance payments (Auto, Life, etc.); and,
    h. Venmo or Paypal.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court serve a copy of this Order by regular mail and certified mail on Travis D. Liechti at 2610 Weber Street, Omaha, Nebraska 68112.

**IT IS FURTHER ORDERED** that the failure of defendant to appear as ordered may subject defendant to arrest and punishment for contempt of this Court.

Date: September 12, 2022

_____
MICHAEL D. NELSON
United States Magistrate Judge

4